1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MAX SHELDON MARGULIS,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>Defendant. | No. 1:13-CV-02021-SKO<br><br>**STIPULATION FOR EXTENSION;<br>ORDER THEREON** |

    The parties stipulate and agree, subject to the Court's approval, that the time for Defendant to file an answer is extended from March 17, 2014 to April 17, 2014.  This extension is necessary because the Appeals Council needed additional time to complete and forward the transcript.  Defendant's counsel has received the transcript but needs additional time to review it and ensure that it is complete and that a remand is not necessary.  The parties make request this extension in good faith, with no intent to prolong proceedings unduly.  Counsel for Defendant sincerely apologizes for any inconvenience caused by this delay.

Dated: March 12, 2014                                                */s/ Cyrus Safa*
                                                                     SYRUS SAFA
                                                                     Law Offices of Lawrence D. Rohlfing
                                                                     Attorneys for Plaintiff

Date: March 12, 2014							BENJAMIN B. WAGNER
								United States Attorney

							By:	/s/ *Theophous Reagans*
								THEOPHOUS H. REAGANS
								Special Assistant U.S. Attorney

								Attorneys for Defendant

## ORDER

Pursuant to the parties' stipulation, it is HEREBY ORDERED that Defendant shall file and serve the administrative transcript by no later than April 17, 2014.

IT IS SO ORDERED.

Dated:   **March 20, 2014**				          /s/ Sheila K. Oberto
								UNITED STATES MAGISTRATE JUDGE