# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAX SHELDON MARGULIS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　　　Defendant.<br>_____/ | CASE NO. 1:13-cv-02021-SKO<br><br>**ORDER GRANTING STIPLUATED REQUEST FOR MODIFICATION OF THE BRIEFING SCHEDULE**<br><br>**(Doc. 15)** |

　　　　On August 12, 2014, the parties filed a stipulated request that Defendant be permitted until October 17, 2014, to file a response to Plaintiff's opening brief. Defendant maintains that the case has been assigned to another Assistant Regional Counsel who requires time to review the case and prepare a responsive brief.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1.　　Defendant's response brief shall be filed on or before October 17, 2014; and

　　　　2.　　Plaintiff may file a reply brief on or before November 6, 2014.

IT IS SO ORDERED.

　　Dated:　**August 20, 2014**　　　　　　　　　　　**/s/ Sheila K. Oberto**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE