Monica Perales
Attorney at Law: 297739
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Max Sheldon Margulis

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MAX SHELDON MARGULIS, | ) Case No.: 1:13-cv-02021-SKO |
| Plaintiff, | ) STIPULATION FOR THE AWARD |
| vs. | ) AND PAYMENT OF ATTORNEY ) FEES AND EXPENSES PURSUANT ) TO THE EQUAL ACCESS TO |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) JUSTICE ACT, 28 U.S.C. § 2412(d) ) AND COSTS PURSUANT TO 28 ) U.S.C. § 1920 |
| Defendant. | ) ) |

TO THE HONORABLE SHEILA K. OBERTO, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Max Sheldon Margulis be awarded attorney fees and expenses in the amount of six thousand nine hundred dollars ($6,900.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

1  After the Court issues an order for EAJA fees to Max Sheldon Margulis, the government will consider the matter of Max Sheldon Margulis's assignment of EAJA fees to Monica Perales.  The retainer agreement containing the assignment is attached as exhibit 1.  Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Max Sheldon Margulis, but if the Department of the Treasury determines that Max Sheldon Margulis does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Law Offices of Lawrence D. Rohlfing, pursuant to the assignment executed by Max Sheldon Margulis.  *United States v. $186,416.00*, 722 F.3d 1173, 1176 (9th Cir. 2013) (*$186,416.00 II*)  (ordering fees paid to counsel because of an assignment that did not interfere with a raised superior lien).[1]  Any payments made shall be delivered to Monica Perales.

---

[1] The Commissioner does not stipulate to the citation of *$186,416.00 II*, and will not participate in representing to this Court that it carries legal import in these proceedings.  *$186,416 II* involved a different statute and very different factual circumstances than those presented here, or in other Social Security cases. Because the parties have agreed to the payment of EAJA fees, and the amount, and to avoid motion practice solely related to Plaintiff's citation, the Commissioner agrees to this stipulation. The Commissioner reserves the right to challenge the applicability of *$186,416 II* to any Social Security case, and this Stipulation should not be construed as a waiver of such reservation.

Max S. Margulis contends that *U.S. v. $186,416.00 in U.S. Currency*, 642 F.3d 753, 757 (9th Cir. 2011) (*$186,416.00 I*) held that there is no functional difference between the CAFRA and EAJA in terms of "ownership" of the fee.

1      This stipulation constitutes a compromise settlement of Max Sheldon Margulis's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Max Sheldon Margulis and/or Monica Perales including Law Offices of Lawrence D. Rohlfing may have relating to EAJA attorney fees in connection with this action.

     This award is without prejudice to the rights of Monica Perales and/or the Law Offices of Lawrence D. Rohlfing to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

DATE: August 18, 2015     Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Monica Perales*

BY:_____
    Monica Perales
    Attorney for plaintiff Max Sheldon Margulis

DATED:     BENJAMIN B. WAGNER
    United States Attorney
    LEON W. WEIDMAN
    Chief, Civil Division
    Assistant United States Attorney

/s/ *Urmila R. Taylor*

Urmila R. Taylor
Special Assistant United States Attorney
Attorneys for Defendant Carolyn W. Colvin,
Acting Commissioner of Social Security
(Per e-mail authorization)

**ORDER**

Pursuant to the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses, IT IS ORDERED that fees and expenses in the amount of $6,900.00, as authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

Dated:  **August 21, 2015**                    **/s/ Sheila K. Oberto**
                                               UNITED STATES MAGISTRATE JUDGE